AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 03 2011
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| | |
|---|---|
| KRISTYLE ADKINS | ) |
| *Plaintiff* | ) |
| v. | ) |
| JAMES HART, ET. AL., | ) |
| *Defendant* | ) |

Civil Action No. 4:11CV00361-BSM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JAMES ~~DAVID~~ HART / SERGEANT
~~SALINE COUNTY SHERIFF'S DEPARTMENT~~
~~325 SO. NEELEY~~   615 Latmire Road
~~BENTON, AR 72076~~   Benton, AR 72015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| EDWARD G. ADCOCK | OR | C DANIEL HANCOCK |
| ATTORNEY AT LAW | | ATTORNEY AT LAW |
| 1018 CUMBERLAND # 11 | | 610 EAST SIXTH ST. |
| LITTLE ROCK, AR 72202 | | LITTLE ROCK, AR 72202 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES W. McCORMACK
CLERK OF COURT

Date: _____04/26/2008_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ⎽⎽⎽ JAMES HART ⎽⎽⎽⎽⎽⎽

was received by me on *(date)* ⎽ 4/27/11 ⎽⎽⎽ .

☑ I personally served the summons on the individual at *(place)* Parking lot, Chili's Restaurant
Jacksonville, AR. ⎽⎽⎽⎽⎽ on *(date)* 4/29/11 ⎽ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽ , a person of suitable age and discretion who resides there,
on *(date)* ⎽⎽⎽⎽⎽ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ⎽⎽⎽⎽⎽⎽⎽⎽ , who is
designated by law to accept service of process on behalf of *(name of organization)* ⎽⎽⎽⎽
⎽⎽⎽⎽⎽⎽ on *(date)* ⎽⎽⎽⎽⎽ ; or

☐ I returned the summons unexecuted because ⎽⎽⎽⎽⎽⎽⎽⎽ ; or

☐ Other *(specify):*



My fees are $ 100.00 for travel and $ ⎽⎽⎽⎽⎽ for services, for a total of $ 100.00 .


I declare under penalty of perjury that this information is true.

Date: ⎽ 5/1/11 ⎽⎽⎽⎽

⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
*Server's signature*

DAVID McCREERY, PSE
Rock Rider Logistics
*Printed name and title*
P. O. Box 7608
Little Rock, AR  72217

⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

## NOTICE OF RIGHT TO CONSENT TO DISPOSITION
## OF A CIVIL CASE BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. Section 636(c), you are hereby notified that upon consent of all parties in a civil case, a United States Magistrate Judge for the Eastern District of Arkansas may be authorized to conduct any and all proceedings, including trial of the case and entry of judgment. A "Notice, Consent and Reference of a Civil Action to a Magistrate Judge" (Form AO-85) is available from the Clerk of the Court, or you may access the Form AO-85, complete it and print it from our website www.are.uscourts.gov under Information > Court Forms > Civil Forms. This form provides for any appeal of the case to be taken directly to the Eighth Circuit Court of Appeals.

You should be aware that your decision to consent, or not to consent, to the disposition of your case before a United States Magistrate Judge is entirely voluntary. If you intend to consent to the exercise of jurisdiction by a United States Magistrate Judge, you should communicate your intention by submitting Form AO-85 to the Clerk of the Court. Do not return this form to a judge.

In the event all parties consent to disposition by a Magistrate Judge, Magistrate Judge J. Thomas Ray will be assigned to the case.

## CONSENT BY THE PARTIES DOES NOT AFFECT YOUR RIGHT TO A JURY TRIAL