IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KRISTYLE ADKINS                                                                    PLAINTIFF

VS.                                      NO.: 4:11CV361BSM

JAMES HART,
individually and in his
official capacity as a
Sergeant in and for the
Saline County Sheriff's
Department; BRUCE
PENNINGTON,
individually and in his
official capacity as Sheriff
of Saline County,
Arkansas; and SALINE
COUNTY, ARKANSAS                                                                   DEFENDANTS

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of the above-styled cause with prejudice, with the parties to bear their own costs and attorney's fees herein.

/s/ Edward G. Adcock
**Edward G. Adcock**
Attorney at Law
Arkansas Bar No. 83001
1018 Cumberland # 11
Little Rock, Arkansas 72202
(501) 690-5198
E-mail: egalaw@aol.com

1

/s/ C. Daniel Hancock
**C. Daniel Hancock**
Attorney at Law
Arkansas Bar No. 2001-022
610 East Sixth Street
Little Rock, Arkansas 72202
(501) 372-6400
E-mail: Hancock@hlblaw.com
Attorneys for Plaintiff

**Fuqua Campbell, P.A.**
Attorneys at Law
425 West Capitol Ave., Suite 400
Little Rock, Arkansas 72201
(501) 374-0200
Attorneys for the Defendants

By: David M. Fuqua
Ark. Bar No. 80048
E-mail: dfuqua@fc-lawyers.com